**Opinion issued May 14, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00148-CV

————————————

## GREAT LAKES DREDGE & DOCK COMPANY, LLC, Appellant

## V.

## JESUS NUNEZ, Appellee

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-74441**

---

### MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss this interlocutory appeal.

No opinion has issued. Accordingly, we grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.